UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-19758 |
| Norberto Ramos | ) | |
| Aracelly Ramos | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Order Denying Discharge

This matter coming before the Court on Trustee's Motion, due notice having been given, IT IS HEREBY ORDERED: Debtor Norberto Ramos shall not be granted a discharge in this case.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: December 02, 2020

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300