**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>NORBERTO RAMOS AND ARACELLY RAMOS,<br><br>DEBTOR. | CASE NO. 20-19758<br>CHAPTER 13<br><br>HON. DEBORAH L. THORNE<br><br>HEARING DATE: 1/27/2021<br>HEARING TIME: 2:30 P.M. |

**NOTICE OF WITHDRAWAL OF OBJECTION**

To:  David H. Cutler            cutlerfilings@gmail.com
     Marilyn O. Marshall        courtdocs@chi13.com
     Patrick S. Layng           USTPRegion11.ES.ECF@usdoj.gov

The City of Chicago hereby withdraws its Objection to Plan Confirmation.

Celia Meza                                    Respectfully submitted,
Acting Corporation Counsel
Jaime Dowell (ARDC# 6281312)                  THE CITY OF CHICAGO
Assistant Corporation Counsel
Chicago Department of Law                     Celia Meza
121 N. LaSalle St., Suite 400                 Acting Corporation Counsel
Chicago, IL  60602
Ph. 312-742-0056                              By:   /s/  Jaime Dowell
jaime.dowell@cityofchicago.org

**CERTIFICATE OF SERVICE**

I, Jaime Dowell, an attorney, certify that I caused this notice to be served on the listed parties through the ECF system on 1/21/2021.

/s/  Jaime Dowell