# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

---

In Re:

Norberto Ramos,
Aracelly Ramos,
fka Aracelly Menendez-Rodriguez,

      Debtor(s).

---

**Case Number: 20-19758**
**Chapter: 13**

## NOTICE OF WITHDRAWAL
## OF
## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW Harley-Davidson ("Secured Creditor"), by its attorneys, Bonial & Associates, P.C., and hereby withdraws its objection to confirmation filed December 16, 2020 at Doc 28 based upon the Debtors' amended Plan.

Dated: January 21, 2020

BONIAL & ASSOCIATES, P.C.

/s/ Wesley T. Kozeny
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Harley-Davidson Credit Corp

3907-N-7058

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest via the Court's CM/ECF electronic notification system, or pre-paid regular U.S. Mail if indicated below on January 21, 2021:

**Debtor**　　*Via U.S. Mail*
Norberto Ramos
2414 N 76Th Ave, Apt 1E
Elmwood Park, IL 60707

**Debtor**　　*Via U.S. Mail*
Aracelly Ramos
2414 N 76Th Ave, Apt 1E
Elmwood Park IL 60707

**Debtors' Attorney**
David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL  60076

**Chapter 13 Trustee**
Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, Illinois 60604

**US Trustee**
Office of the U.S.Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois  60604

                Respectfully Submitted,

                /s/  Wesley T. Kozeny
                Wesley T. Kozeny

3907-N-7058